**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | |
|---|---|
| ERWIN E. CABAN, § § | |
| Plaintiff, § § | |
| v. § | CAUSE NO. EP-22-CV-257-KC |
| § § | |
| MERRICK GARLAND, § § | |
| Defendant. § | |

## ORDER

On this day, the Court considered the parties' Stipulation of Dismissal, ECF No. 19. In accordance with Rule 41(a) of the Federal Rules of Civil Procedure and the terms of the parties' Proposed Order of Dismissal, the Court **ORDERS** that all claims in this case are **DISMISSED** with prejudice.

**IT IS FURTHER ORDERED** that all parties shall pay their own costs and fees.

The Clerk shall close the case.

**SO ORDERED**.

**SIGNED** this 23rd day of October, 2023.

*/s/ Kathleen Cardone*
_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE